904 A.2d 856

Melvin HARRIS, Appellant,

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

**No. 28 MAP 2006.**

Supreme Court of Pennsylvania.

June 30, 2006.

*ORDER*

PER CURIAM.

**AND NOW,** this 30th day of June, 2006, probable jurisdiction is noted and the Order of the Commonwealth Court is affirmed.